# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–29662–mkn</u>
**Chapter 7**

In re: (Name of Debtor)
   RICHARD D GENTRY                      MELISSA R GENTRY
   2122 SEAHURST DR                     2122 SEAHURST DR
   LAS VEGAS, NV 89142               LAS VEGAS, NV 89142

Social Security No.:
   xxx–xx–3304                                   xxx–xx–7748

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 1/27/11                              BY THE COURT

                                                     *Mary A. Schott*
                                                     Mary A. Schott
                                                     Clerk of the Bankruptcy Court